# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JUAN CHAVEZ,

    Plaintiff

v.

D. DRUMMONDS, et al.,

    Defendants

Case No.: 3:21-cv-00468-MMD-CSD

**Order**

Re: ECF No. 13

Before the court is Plaintiff's motion for leave to file an amended complaint. (ECF No. 13.) Plaintiff seeks leave to add paragraphs 33-45 to the original complaint to address deficiencies noted in the court's screening order. Plaintiff also seeks to add Matthew Roman and Jane Doe 4 as defendants. Plaintiff's motion includes paragraphs 33-45 and the list of the two additional defendants (ECF No. 13 at 2-4), and those allegations are followed by a copy of the original complaint (*id*. at 5-14.)

Plaintiff's motion for leave to amend (ECF No. 13) is **GRANTED**; however, Plaintiff must submit a first amended complaint that is complete in and of itself without reference to the original complaint. LR 15-1(a). Plaintiff has up to and including **July 27, 2022,** to file a first amended complaint. The first amended complaint must be complete in and of itself without referring or incorporating by reference any previous complaint. Plaintiff may not include any allegations, parties or claims that were previously dismissed with prejudice. Any allegations, parties, or requests for relief from a prior complaint (that *were* allowed to proceed) that are not carried forwarded in the first amended complaint will no longer be before the court. Plaintiff shall check the box for the first amended complaint on the court's form civil rights complaint. If

Plaintiff fails to timely file the first amended complaint, the action will proceed as set forth in the order screening the original complaint.

**IT IS SO ORDERED**.

Dated: July 6, 2022

_____
Craig S. Denney
United States Magistrate Judge