# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JUAN CHAVEZ,

                Plaintiff,

  v.

D. DRUMMONDS, et al.,

                Defendants.

3:21-cv-00468-MMD-CSD

**ORDER RE: SERVICE OF PROCESS**

      The Office of the Attorney General did not accept service of process on behalf of Defendants Sean Johnson and Tanisha Mauirhead-Henry, who are no longer employees of the Nevada Department of Corrections. (ECF No. 22.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 23.)

      The Clerk shall ISSUE summonses for Sean Johnson and Tanisha Mauirhead-Henry and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 23.) The Clerk shall also SEND sufficient copies of the First Amended Complaint (ECF No. 21), and this order to the U.S. Marshal for service on the Defendants. The court will separately provide to the U.S. Marshal the completed USM-285 forms for each Defendant.

      **IT IS SO ORDERED.**

      DATED: August 16, 2022.

_____
UNITED STATES MAGISTRATE JUDGE