**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JUAN CHAVEZ,

    Plaintiff,

v.

DRUMMONDS, et al.,

    Defendants.

Case No.: 3:21-cv-00468-MMD-CSD

**NOTICE REGARDING SERVING NAMED DEFENDANTS**

    Plaintiff is advised that for those Defendants for whom service is not accepted, once the last-known-address information for a particular Defendant is filed under seal, the court will issue an order instructing the U.S. Marshals Service (USMS) to attempt service. Service by the USMS usually takes several weeks. Once service has been attempted or completed by the USMS, a return of service will be filed with the court. This return will state if service on the Defendant was or was not successful.

    If service by the USMS was unsuccessful, Plaintiff must file a motion identifying the unserved Defendant(s), requesting issuance of a summons, and specifying a full name and address for the Defendant(s). The court is aware that locating an alternative address may be difficult for a pro se inmate proceeding *in forma pauperis*; however, ultimately, it is the Plaintiff's obligation to complete service.

/ / /

1

Plaintiff is reminded that each Defendant must be served within ninety (90) days of the filing of Plaintiff's First Amended Complaint (ECF No. 21) pursuant to Federal Rule of Civil Procedure 4(m).

DATED: October 12, 2022.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE